ISHAM G. SELLARS &C., v. SAMUEL D. SUTTON.

Instructions—Adverse Possession—Conflict of Proof is Question for Jury.
    Where the proof does not clearly show whether the possession of a
    plaintiff was as joint tenant and therefore not adverse in law, or was
    in severalty, and therefore apparently adverse in both law and fact,
    it is error for the Court to exclude, by an instruction, this question
    from the consideration of the jury.

APPEAL FROM HENDERSON CIRCUIT COURT.

December 22, 1868.

OPINION OF THE COURT BY JUDGE ROBERTSON:

No platt being exhibited there is much difficulty in applying the
testimony as to the possessory claim of the appellant Sellars.
Whether his possession was as joint tenant, and therefore not
adverse in law, or was in severalty and therefore apparently ad-
verse in both law and fact, the record does not clearly show.  The
jury ought to have been permitted to decide that question.

On the facts appearing in the record the circuit court should not
assume that Sellar's possession was not in law, as well as in fact,
adverse for 15, or even 20 years.  And therefore there is apparent
error in the instruction excluding that question from the consid-
eration of the jury.

Consequently for this only apparent error, the judgment is re-
versed and the cause remanded for a new trial.

*Crockett*, for appellants.

*Vance*, for appellee.